UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
JUN 02 2022
Nathan Ochsner, Clerk of Court

EDDIE LEWIS CARTER, PETITIONER
TDCJ# 443810

VS.                                          CIVIL ACTION No. 4:22-cv-00399

BOBBIE LUMPKIN, RESPONDENT

## MOTION FOR A FINAL DISPOSITION

COMES NOW, EDDIE CARTER, PETITIONER IN THE ABOVE STYLED AND NUMBERED CAUSE, MOVES UPON THIS COURT FOR A "FINAL DISPOSITION" IN THE MATTER OF: "A DENIAL OF EARNED PROPERTY TO BE USED WHERE TDCJ PRISON CLASSIFICATION DIV. HAS DEPRIVED PETITIONER OF EARNED GOOD TIME CREDITS, WITH RECALCULATION OF HIS PRJ-REL-DTE IN VIOLATION OF ESTABLISHED TEXAS LEGISLATURE'S 65TH/PRE-70TH LEG. ACTS 1/3 LAW "MSR" SCHEME, IN SUPPORT PETITIONER PRESENTS:

1.

THE STATE-TDCJ HAS PROVIDED NO LEGAL FACTUAL EVIDENCE IN SUPPORT THAT TIME SECTION CUSTODIAN HAS LEGISLATIVE AMENDMENT AUTHORIZED ITS "STOPPING" TO AWARD/APPLY) EARNED GOOD TIME CREDITS & RECALCULATION INTO HIS "TIME EARNING STATUS AT: FEB. 5, 2020 UP TO MAR. 8, 2021 TO THE PRESENT JUNE 2022, UNDER TEXAS 65TH LEG. ACTS 1/3 LAW, "MANDATORY SUPERVISION RELEASE SCHEME," IN ITS TEX. GOV'T CODE 498 AND TDCJ CLASSIFICATION RULES "ORIENTATION HANDBOOK" WHICH PROVIDES "65TH LEG. OFFENDERS CAN EARN UP TO 15 EXTRA DAYS OF GOOD TIME EACH MONTH, CALLED "A" CREDITS WHERE PETITIONER HAS COMPLETED A "VOCATIONAL EDUCATION" PROGRAM TO BE ELIGIBLE FOR (EARNED GOOD TIME CREDITS, PLUS 15 EXTRA DAYS.

2.

THE TDCJ TIME SECTION CUSTODIAN HAD (AWARDED/RECALCULATED) ACCRUED GOOD TIME CREDITS/A CREDITS INTO HIS "PRJ-REL-DTE" SINCE 2011; AT: FEB. 5, 2020 CUSTODIAN FAILED TO/STOPPED THESE EARNED GOOD TIME CREDITS AWARD WITHOUT NOTICE TO PETITIONER, OR NO LEGISLATURE AMENDMENT ENACTED; COMPELLING THE PETITIONER TO WORK AND COMPLY TO TDCJ'S RULES OF CONDUCT WITHOUT NO EARNED GOOD TIME CREDITS AWARDED AS COMPENSATION AS IT HAD SINCE FEB. 1987 UP TO FEB. 5, 2020.

UNDER THE LAW/POLICY IN PLACE, THE TDCJ TIME SECTION SHOULD HAVE CORRECTED ITS EMPLOYEE'S DERELICTION OF DUTIES WITHOUT COURT INTERVENING

3.

THE STATE'S ATTORNEY & TDCJ OFFICIALS HAS INFORMED PETITIONER THAT HIS PRJ-REL-DTE OF/SET AT: 5-6-2024 (WILL NOT) CHANGE IRREGARDLESS OF WHAT POLICY & LEGISLATIVE LAW CONVICTION FALLS UNDER, TDCJ BEARS NO RIGHT/OR INTEREST TO RENEGE ON PETITIONER'S "EARNED GOOD TIME CREDITS FOR WORK/GOOD CONDUCT. PETITIONER HAS EARNED 435 DAYS APPRXLY WHICH SHOULD EFFECT CHANGE IN THE 5-6-2024 PRJ-REL-DTE AFTER 2 YRS FLAT TIME SERVED FROM FEB.5, 2020 UP TO JUNE 2022.

TDCJ HAS NOT PROVIDED NO LAWFUL EVIDENCE TO DENY-DEPRIVED "EARNED GT CREDITS" FROM FEB.5, 2020 UP TO JUNE 2022, SUPPORTED BY LEGISLATIVE AMENDMENT OVER 1/3 MS LAW, FLAT TIME SERVED PLUS ACCRUED GT, OFFENDERS SHALL BE RELEASED TO AN EARLIER MS "SHORT WAY" RELEASE: PRJ-REL-DTE WHICH CANNOT LAWFULLY REMAIN AT: 5-6-2024 AFTER 2 YRS ADDITIONAL FLAT TIME SERVED WITH ACCRUED GOOD TIME.

4.

THESE UNSOLICITED AND WANTON DECEPTION IN POLICY THAT DISCRIMINATES LIKEN TO "DANGLING AN INVISIBLE CARROT AFRONT OF PETITIONER TO KEEP IN PROVIDING "FREE" LABOR, KNOWING HE SHALL NOT USE THE "EARNED PROPERTY OF GT CREDITS TO REDUCE HIS PRJ-REL-DTE AS A RUSE OF BEING COMPENSATED FOR SAID LABOR/GOOD CONDUCT FROM FEB.5, 2020 UP TO JUNE 2022. OTHER PRISONERS AT RAMSEY UNIT DESIGNATED WITH PETITIONER AS "ESSENTIAL JANITOR WORKER" FROM FEB.5, 2020 UP TO MAY 2022 HAS BEEN AWARDED "EARNED GT CREDITS EFFECTIVE UNDER THE LEGISLATIVE LAW OF THEIR CONVICTION. IN PETITIONER'S CASE NO PROCEDURAL DUE PROCESS HAS BEEN AFFORDED BEFORE TDCJ DEPRIVED HIM OF 2 YRS OF FLAT TIME SERVED MANDATED OF "EARNED GT" AWARDS/THE MS SCHEME "RECALCULATION" METHOD TO GET AN (EARLIER "PRJ-REL-DTE" ASSIGNED).

THESE LITIGATION PROCEEDINGS HAS "ESCALATED" PETITIONER'S EMOTIONAL INTENSITY CAUSING ADVERSE AFFECTS UPON HIS PHYSICAL WELL BEING, WHERE IT DEPRIVES HIM OF EXPECTED EARLIER RELEASE UNDER MANDATORY SUPERVISION PAROLE. THERE IS NO "DOUBT OF DISPUTE THAT PETITIONER'S CONVICTION FALLS UNDER 65TH/PRE-70TH LEG. ACTS "1/3 LAW" MS PAROLE, AND HE IS ENTITLED TO APPRXLY 430 DAYS OF EARNED GT TO RECALCULATE HIS "PRJ-REL- WHICH SHALL LIBERATE HIM OF EARLIER MSR "SHORT WAY" PRJ-REL-DT SOONER 5-6-20

5.

PETITIONER HAS BEEN SUBJECTED BY TDCJ CLASSIFICATION DEPT. AND STATE COURTS T FILE, AND REFILE PETITIONS/WRITS SEEKING RELIEF FROM LAWFUL-MANDATED POLI THAT AN STATE EMPLOYEE "FAILED" TO PERFORM THEIR DUTIES, HIS LAST PETITIO FILED JAN. 31ST 2022 WITH EVIDENCE SUBMITTED IN LAW/POLICY OF TDCJ THAT H PETITIONER IS ENTITLED TO 2 YRS OF "EARNED GT CREDITS ON HIS SENTENCE.

WHEREFORE, PETITIONER PRAYS THIS COURT GRANTS THE RELIEF HE H EARNED AND ENTITLED TO BY LEGISLATIVE ENACTMENT.

SWORN TO UNDER PERJURY PENALTY    RESPECTFULLY SUBMITTED,

I DECLARE (OR CERTIFY, VERIFY, OR STATE) UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS PETITION MOTION FOR A FINAL DISPOSITION WAS PLACED IN THE PRISON MAILING SYSTEM ON THE RAMSEY UNIT AT: 1100 FM 655, ROSHARON TX 77583, BY ME ON: JUNE 1st 2022

EXECUTED (SIGNED) ON JUNE 1st 2022.

E CARTER #443810
PETITIONER

MR Eddie CARTER # 443810
RAMSEY Unit 1100 FM 655
Rosthasen TX 775

United States Courts
Southern District of Texas
FILED
JUN 02 2022
Nathan Ochsner, Clerk of Court

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION

NORTH HOUSTON TX 773

United States District Court
Southern Dist. of TX-Houston Div.
℅ Mr Nathan Ochsner, Clerk
PO BOX 61010
Houston TX 77208-1010

77208-101010