U.S. District Court
Southern District of Texas-Houston
Case No. 4:22-cv-399

CARTER v. LUMPKIN
EDDIE LEWIS CARTER, PETITIONER
            VERSUS
BOBBY LUMPKIN, RESPONDENT

JUDGE CHARLES ESKRIDGE

United States Courts
Southern District of Texas
FILED
JAN 20 2023
Nathan Ochsner, Clerk of Court

## MOTION FOR FINAL JUDGMENT

To The Honorable Judge Charles Eskridge:

Comes before You, Your Court with a request for "Final Judgment" in Case No. 4:22-cv-399, filed on Docket: Jan 31st 2022. The State (TDCJ) filed for "Summary Judgment" on-or-about: Oct. 2022. Petitioner filed "Summary Judgment" pursuant to F.R.C.P.R.56 identifying each claim or defense alleging his entitlement to relief, with a genuine showing "WHY" the State's Summary Judgment should be denied; to-wit: The State's (TDCJ) has failed to show with Physical (Legislative + TDCJ Classification Records/Policy) that there is no genuine dispute relevant to Petitioner's request for statutory earned good time credits for WORK and GOOD CONDUCT he performed from: Feb.5, 2020 up to Jan. 2023, or material evidence of a legal nature that relief should NOT be granted as a matter of law; with a change to his PRJ-REL-DTE.

Petitioner has/will support by the 65TH Leg. Acts 1/3 Law, "Mandatory Supervision Release" scheme, and TDCJ Classification's records held in Huntsville TX., and at TDCJ Ramsey Unit's Classification Dept. or (Work/Disciplinary) records that its 65TH Leg. Law - TDCJ Classification policy supports his claims. In addition to:

1. TDCJ has provided NO documentation of proof that Petitioner's conviction is NOT under its State's 65TH Leg. Acts 1/3 Law, with "MSR" scheme attached/afforded "earned good time credits" with additional accrued good time for (Work & Good Conduct) performed; per: Tex. Gov't Code Sec. 498.002/498.003 (b)(1), nor IF Petitioner performed these tasks alleged.

2. TDCJ Classification + Records Div. has NOT provided this (Court) or (Petitioner) any documents showing work/good conduct performed on "Feb.5, 2020 up to Jan. 2023" was awarded "earned good time credits" and "applied/calculated" within the TIME-EARNED STATUS for a reduction made to the preset PRJ-REL-DTE of: 5-6-2024 in Feb. 2020.

3. The Law (65TH Leg. Acts 1/3 Law, "MSR" scheme with/TDCJ Classification Good Time Policy) provides for 20 DAYS for each 30 DAYS actually served classified as TRUSTY (S.A.T.3A) performing WORK/GOOD CONDUCT to effectuate a change to: PRJ-REL-DTE of: 5-6-2024

— 1 —

4. The State's summary judgment evidence is based upon "charge offense/conviction" which ONLY supports/verify conviction LIES UNDER ITS "65TH LEG. ACTS 1/3 LAW (MSR) SCHEME REQUIRING FOR "EARNED GOOD TIME AWARDS" WITH REDUCTION OF PRJ-REL-DTE OF: 5-6-2024. TDCJ CANNOT DISPUTE OR DENY BY POLICY OR LAWFUL EVIDENCE THAT PETITIONER DID NOT PERFORM WORK/GOOD CONDUCT FROM FEB. 5, 2020 UP TO JAN. 2023 ASSIGNED AS A S.A.T. 3A PRISONER REQUIRING "EARNED GOOD TIME CREDITS AWARDED" WITH AN REDUCTION TO THE 5-6-2024 PRJ-REL-DTE SET IN 2020 AFTER WORK/GOOD CONDUCT PERFORMED FOR 2YRS 11 MONTHS FLAT TIME UNDER THE LAWFUL PROVISION OF "MSR".

5. The STATE OF TEXAS (TDCJ) CREATED A "LIBERTY INTEREST" TO THESE EARNED CREDITS WITH A PROCEDURAL DUE PROCESS BEFORE THEY CAN BE STOPPED, TAKEN OR RESCINDED TO BE AFFORDED. TDCJ HAS VIOLATED THE DUE PROCESS- EQUAL PROTECTION CLAUSES WHEN IT DEPRIVED THESE EARNED CREDITS WITHOUT AFFORDED DUE PROCESS, AND IT ACTED WITH AN DISCRIMINATE PURPOSE WITH NO OTHER PRISONER AT RAMSEY UNIT UNDER THE 65TH LEG. ACTS 1/3 LAW "MSR" SCHEME HAS BEEN DEPRIVED OR DENIED "EARNED GOOD TIME CREDITS" FOR WORK/GOOD CONDUCT PERFORMED FROM: FEB. 5, 2020 UP TO JAN. 2023 AS IT DID/HAS CONTINUE TO DO PETITIONER.

6. PETITIONER IS ENTITLED TO APPRXLY. 700 DAYS OF EARNED GOOD TIME CREDITS FOR (WORK/GOOD CONDUCT) PERFORMED FROM: FEB. 5, 2020 UP TO JAN. 2023.

7. This case history has been ongoing since FEB. 5, 2020, SUIT FILED IN COURT JAN. 31ST 2022, IT IS INDISPUTABLE THAT THE 65TH LEG. ACTS 1/3 LAW/MSR SCHEME APPLY SINCE 1986, THE TDCJ CLASSIFICATION DIV. APPLIED THIS LAW/GOOD TIME POLICY WITH PETITIONER SUFFERED AN DEMOTION/PROMOTION UP TO FEB. 5, 2020 WITHOUT NO RETROACTIVE AMENDMENT ENACTED.

8. The FRCP, R. 56 STATES THIS COURT MAY GRANT SUMMARY JUDGMENT TO CARTER WHEN THE DEFENDANT FAILED TO PROPERLY SUPPORT THE ASSERTIONS IT MADE OF REQUIRED/OR ENTITLED TO EARNED CREDITS DEPRIVED/OR DENIED BY ITS AGENT(S) BEING DERELICT OF OFFICIAL DUTIES REQUIRED BY LAW/POLICY OF ITS TEX. GOVT CODE 498.003 (a) AND (b)(1) AFTER APPRXLY. 3 YRS. OF FLAT TIME SERVED PERFORMING WORK/GOOD CONDUCT.

PETITIONER PRAYS FOR RELIEF REQUESTED HEREIN SUPPORTED BY EVIDENCE, WITH A CHANGE MADE IN THE PRE SET PRJ-REL-DTE APPRXLY. 3 YRS. EARLIER.

RESPECTFULLY,
Eddie Carter, PETITIONER
TDCJ-I.D. No. 443810

"I DECLARE (OR CERTIFY, OR STATE) UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON: JAN. 15TH, 2023.
AFFIANT: EDDIE LEWIS CARTER, TDCJ# 443810

-2-

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING WAS SERVED BY PLACING SAME IN THE UNITED STATES MAILING SYSTEM OF TDCJ PRISON UNIT RAMSEY, ADDRESSED TO: U.S. DIST. COURT - SOUTHERN DISTRICT OF TX. IN THE CARE OF: MR NATHAN OCHSNER, CLERK AT: P.O. BOX 61010 HOUSTON TX. 77208; ALSO, A COPY IS MAILED TO: BOBBY LUMPKIN, DIRECTOR OF TDCJ AT: 861 B IH 45 N HUNTSVILLE TX. 77320 ON THIS 17TH DAY OF JAN. 2023.

Eddie Carter
EDDIE LEWIS CARTER
TDCJ - I.D. No. 443810
RAMSEY UNIT - 1100 FM 655
ROSHARON TX 77583

Jan. 17th, 2023

Mr Eddie Carter, TDCJ-I.D. No. 443810
Ramsey Unit 1100 fm 655
Rosharon Tx 77583

Mr Nathan Ochsner, Clerk
Re: Case No. 4:22-cv-399

United States Courts
Southern District of Texas
FILED

JAN 20 2023

Nathan Ochsner, Clerk of Court

Dear Mr Ochsner,

Please file this document into Your court's docket to be brought to the immediate attention of Your Honor Charles Eskridge, for his "final Disposition" to be made.

Sir, I have submitted documents to Your offices requesting that You would PLEASE return Your (receipt & filing) into the courts record without receiving any form of notice not knowing if mail had been mailed/or received at the prison unit. Thank You for Your cooperation.

Respectfully,
Eddie Carter, #443810

MR Eddie Carter #2443810
Ramsey Unit 1100 FM 655
Rosharon TX 77583

NORTH HOUSTON TX 773
19 JAN 2023 PM 1 L

United States Courts
Southern District of Texas
FILED
JAN 20, 2023
Nathan Ochsner, Clerk of Court

U.S. Dist. Ct. - Southern Dist. TX.
c/o Mr Nathan Ochsner, Clerk
P.O. Box 61010-1010
Houston TX 77208-1010

77208-101010